KELVINATOR SALES CORPORATION, Respondent, *v.* EBLING AURORA ICE CREAM CO., INC., Appellant.

(Argued June 9, 1932; decided July 19, 1932.)

518

*Eugene Cohn, Spier Whitaker* and *John F. Condon, Jr.,* for appellant.

*Eugene S. Bibb* and *George G. Shiya* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.